USDC SCAN INDEX SHEET

SUI 6/8/06 12:41

3:06-CR-01240 USA V. GONZALEZ-GALLEGOS

*1*

*CRINDI.*

SECRET
unsealed 6/16/06

FILED
06 JUN -6 PM 4:25

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO GONZALEZ-GALLEGOS (1), aka Lalo, THOMAS DURKIN (2), aka Tommy, GUILLERMO REYES (3), aka Memo, Defendants. | Criminal Case No. 06CR1240 DMS<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing up to and including June 6, 2006, within the Southern District of California, and elsewhere, defendants EDUARDO GONZALEZ-GALLEGOS, aka Lalo, THOMAS DURKIN, aka Tommy, and GUILLERMO REYES, aka Memo, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute

//

//

TWR:nlv:San Diego
6/6/06

50 grams and more of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: June 6, 2006.

A TRUE BILL:

Foreperson

CAROL C. LAM
United States Attorney

By:
TODD W. ROBINSON
Assistant U.S. Attorney